IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADRIAN BYRD, # 159837, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:98cv1401-D |
| | ) WO |
| LEWIS FANNIN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 23, 2002, the court entered summary judgment against Plaintiff Adrian Byrd on some of his claims brought pursuant to 42 U.S.C. § 1983 and dismissed other claims without prejudice. (Doc. No. 19.) On November 3, 2004, Byrd filed a motion to dismiss. (Doc. No. 20.)

Given that Byrd's motion to dismiss was filed some nineteen months after judgment was entered, it is CONSIDERED and ORDERED that said motion be and the same is hereby DENIED as moot.

DONE this 27th July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE